AO 245B (SCDC Rev.10/20) Judgment in a Criminal Case Sheet 1

# UNITED STATES DISTRICT COURT
## District of South Carolina

UNITED STATES OF AMERICA

**JUDGMENT IN A CRIMINAL CASE**

vs.

Case Number:  9:20-cr-00517-BHH
USM Number: 07681-509

ROJAY LAWSON

Defendant's Attorney:  Cody Groeber, AFPD

**THE DEFENDANT:**

☒     pleaded guilty to Count  1,5,6,7,8,9,10,11,12,13,14,15 and 16   of the Indictment.

☐     pleaded nolo contendere to count(s) _____which was accepted by the court.

☐     was found guilty on counts _____ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. §§ 1343, 1349 & 2326(2)(A) | Please see Indictment | 9/9/2020 | 1 |
| 18 U.S.C. §§ 1343 and 2326(2)(A) | Please see Indictment | 11/15/2017 | 5 |
| 18 U.S.C. §§ 1343 and 2326(2)(A) | Please see Indictment | 1/11/2018 | 6 |
| 18 U.S.C. §§ 1343 and 2326(2)(A) | Please see Indictment | 1/17/2018 | 7 |
| 18 U.S.C. §§ 1343 and 2326(2)(A) | Please see Indictment | 1/29/2018 | 8 |
| 18 U.S.C. §§ 1343 and 2326(2)(A) | Please see Indictment | 6/5/2019 | 9 |
| 18 U.S.C. §§ 1343 and 2326(2)(A) | Please see Indictment | 7/1/2019 | 10 |
| 18 U.S.C. §§ 1343 and 2326(2)(A) | Please see Indictment | 7/5/2019 | 11 |
| 18 U.S.C. §§ 1343 and 2326(2)(A) | Please see Indictment | 10/24/2019 | 12 |
| 18 U.S.C. §§ 1343 and 2326(2)(A) | Please see Indictment | 10/25/2019 | 13 |
| 18 U.S.C. §§ 1343 and 2326(2)(A) | Please see Indictment | 1/29/2020 | 14 |
| 18 U.S.C. §§ 1343 and 2326(2)(A) | Please see Indictment | 5/4/2020 | 15 |
| 18 U.S.C. §§ 1956(a)(B) &1956(h) | Please see Indictment | 1/9/2020 | 16 |

The defendant is sentenced as provided in pages 2 through 6 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒     All remaining counts are dismissed on the motion of the United States.

☐     Forfeiture provision is hereby dismissed on motion of the United States Attorney.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of any material changes in economic circumstances.

January 31, 2023
Date of Imposition of Judgment

s/ Bruce Howe Hendricks
Signature of Judge

Bruce Howe Hendricks, Unites States District Judge
Name and Title of Judge

February 16, 2023
Date

AO 245B (SCDC Rev. 02/18) Judgment in a Criminal Case
Sheet 2 - Imprisonment
Page 2 of 6

DEFENDANT: Rojay Lawson
CASE NUMBER: 9:20CR00517-BHH-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of 78 months, consisting of 66 months as Counts One, Five, Six, Seven, Eight, Nine, Ten, Eleven, Twelve, Thirteen, Fourteen, Fifteen, and Sixteen, said terms to run concurrently, and 12 months to run consecutively pursuant to 18 U.S.C. § 2326, for a total term of 78 months. The defendant shall pay the $100.00 special assessment fee for each Count, for a total of $1300.00 and restitution in the amount of $405,401.00, both due immediately. The restitution obligation is owed jointly and severally with the co-defendant, Theresa Lawson.

☒ The court makes the following recommendations to the Bureau of Prisons: The defendant's reporting date shall be delayed until April 1, 2023.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____.

  ☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____.

  ☒ as notified by the United States Marshal. His reporting date shall be delayed until April 1, 2023.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this Judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (SCDC Rev. 10/20) Judgment in a Criminal Case
Sheet 3– Supervised Release

DEFENDANT: Rojay Lawson
CASE NUMBER: 9:20CR00517-BHH-1

<h1 align="center">SUPERVISED RELEASE</h1>

Upon release from imprisonment, the defendant shall be on supervised release for a term of the defendant shall be placed on supervised release for a term of 3 years, consisting of 3 years as Counts One, Five, Six, Seven, Eight, Nine, Ten, Eleven, Twelve, Thirteen, Fourteen, Fifteen, and Sixteen, said terms to run concurrently. While on supervised release, the defendant shall comply with the mandatory conditions of supervision outlined in 18 U.S.C. § 3583(d) and USSG § 5D1.3(a), and the standard conditions outlined in USSG § 5D1.3(c) as noted in the presentence report. The defendant shall also comply with the following special conditions: 1. You must pay any remaining unpaid restitution balance imposed by the Court in minimum monthly installments of $250.00 to commence 30 days after release from custody. The payments shall be made payable to "Clerk, U.S. District Court" and mailed to 85 Broad Street, Charleston, South Carolina 29401. Interest on restitution is waived. Payments shall be adjusted accordingly, based upon your ability to pay as determined by the Court. 2. You must provide the probation officer with access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the U.S. Attorney's Office. 3. You must not incur new credit charges, or open additional lines of credit without the approval of the probation officer.

<h1 align="center">MANDATORY CONDITIONS</h1>

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☒ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☒ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. §20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program of domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (SCDC Rev. 10/20) Judgment in a Criminal Case
Sheet 3A- Supervised Release

Page 4 of 6

DEFENDANT: Rojay Lawson
CASE NUMBER: 9:20CR00517-BHH-1

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.

2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.

4. You must answer truthfully the questions asked by your probation officer.

5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.

7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.

10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.

12. If the probation officer determines, based on your criminal record, personal history or characteristics, that you pose a risk to another person (including an organization), the probation officer, with the prior approval of the Court, may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.

13. You must follow the instructions of the probation officer related to the conditions of supervision.

**U.S. Probation Office Use Only**

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at www.uscourts.gov.

Defendant's Signature _____    Date _____

AO 245B (SCDC Rev. 10/20) Judgment in a Criminal Case
Sheet 5 – Criminal Monetary Penalties

DEFENDANT:  Rojay Lawson
CASE NUMBER:  9:20CR00517-BHH-1

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| **TOTALS** | **$1300.00** | **$405,401.00** | **$** | **$** | **$** |

☐  The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case(AO245C)* will be entered after such determination.

☒  The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| * See Attached List for .Restitution Payees | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| **TOTALS** | **$405,401.00** | **$405,401.00** | |
|---|---|---|---|

☐  Restitution amount ordered pursuant to plea agreement    $ _____

☐  The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. §3612(f).  All of the payment options on Sheet 5 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. §3612(g).

☒  The court determined that the defendant does not have the ability to pay interest and it is ordered that:
      ☐      The interest requirement is waived for the ☐ fine  ☒ restitution.
      ☐      The interest requirement for the ☐ fine ☐ restitution is modified as follows:

* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT NAME:      Rojay Lawson
CASE NUMBER:             9:20CR00517-001BHH

**RESTITUTION PAYEES**

| No. | Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|---|
| 1 | Phyllis Amidei | $2,000.00 | $2,000.00 | |
| 2 | Christian Arnoult | $2,650.00 | $2,650.00 | |
| 3 | Alice Bagley | $8,000.00 | $8,000.00 | |
| 4 | Vera Baldwin | $5,400.00 | $5,400.00 | |
| 5 | Ray Barnes | $1,567 | $1,567 | |
| 6 | Marc Basallo | $3,500 | $3,500 | |
| 7 | Kenneth Black (Deceased) | $200 | $200 | |
| 8 | David Blaise | $200 | $200 | |
| 9 | George Bondy | $470 | $470 | |
| 10 | Peggy Boothe | $5,500 | $5,500 | |
| 11 | Cynthia Boyd | $1,200 | $1,200 | |
| 12 | Nathan Boyer | $700 | $700 | |

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

| 13 | Joan Brookover | $400 | $400 | |
| 14 | Nancy Buck | $9,300 | $9,300 | |
| 15 | Betty Cashion | $11,500 | $11,500 | |
| 16 | Kaydee Caywood | $8,000 | $8,000 | |
| 17 | Ivan Cech | $8,400 | $8,400 | |
| 18 | Carol Chapman | $65 | $65 | |
| 19 | Dorris Claud | $100 | $100 | |
| 20 | Anita D Clay | $3,965 | $3,965 | |
| 21 | Edward Cordarryl | $500 | $500 | |
| 22 | Thomas Corzine | $400 | $400 | |
| 23 | Clarence Council | $475 | $475 | |
| 24 | James Cox | $1,130 | $1,130 | |
| 25 | Olene Cox | $700 | $700 | |
| 26 | Robert Doty | $450.00 | $450.00 | |
| 27 | Patricia Dubiel | $450 | $450 | |

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

| 28 | Salanieta Durutamata | $9,831 | $9,831 | |
| 29 | Robert Ealoms | $8,080 | $8,080 | |
| 30 | Linda Emmerton | $375 | $375 | |
| 31 | Stephen & Arlene England | $80 | $80 | |
| 32 | Greg Fischer | $3,900 | $3,900 | |
| 33 | Corinne Fish | $25,000 | $25,000 | |
| 34 | Patty Flieschman | $5,630 | $5,630 | |
| 35 | Joseph Gavin | $175 | $175 | |
| 36 | Gerald Germain | $1,400 | $1,400 | |
| 37 | Gerald Giroux | $4,000 | $4,000 | |
| 38 | Winnie Glasgow | $950 | $950 | |
| 39 | Ralph Greene | $1,080 | $1,080 | |
| 40 | Jesse Guillory | $3,500 | $3,500 | |
| 41 | Robert W Hartigan | $3,615 | $3,615 | |
| 42 | Santana Hill | $776 | $776 | |

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

| 43 | Ronald Hodgdon | $6,000 | $6,000 | |
| 44 | Ivory Hodge | $50 | $50 | |
| 45 | Vera Hollands | $1,400 | $1,400 | |
| 46 | Charles Hollis | $4,500 | $4,500 | |
| 47 | Sylvia D Holmes | $4,000 | $4,000 | |
| 48 | Mary Howard | $530 | $530 | |
| 49 | Paul Huffman | $300 | $300 | |
| 50 | Joyce Jackson | $4,100 | $4,100 | |
| 51 | Cynthia James | $200 | $200 | |
| 52 | Anthony Jeffcoat | $2,995 | $2,995 | |
| 53 | Coretta Jefferson | $2,690 | $2,690 | |
| 54 | Bobby Johnson | $7,100 | $7,100 | |
| 55 | Miranda Johnson | $580 | $580 | |
| 56 | Robert Jolly | $200 | $200 | |
| 57 | Delores Kaliszewski | $300 | $300 | |

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

| 58 | Itsue Kanemura | $4,950 | $4,950 | |
| 59 | Charles Kaui | $200 | $200 | |
| 60 | Agnes Kessel | $975 | $975 | |
| 61 | Joseph Kiibler | $50,000 | $50,000 | |
| 62 | Andrew King | $104 | $104 | |
| 63 | Jacquelyn Kolbe | $5,000 | $5,000 | |
| 64 | Johnny Lamar | $3,800 | $3,800 | |
| 65 | Carl Latty | $50 | $50 | |
| 66 | Lenzo LeGrair | $5,568 | $5,568 | |
| 67 | Leatrice Levesque | $1,749 | $1,749 | |
| 68 | Gerald Lutton | $2,000 | $2,000 | |
| 69 | Ann Marino | $1,250 | $1,250 | |
| 70 | Ernestine McDuffie | $3,048 | $3,048 | |
| 71 | Francis McGilvray | $100 | $100 | |
| 72 | Gertrude McGrady | $2,000 | $2,000 | |

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

| 73 | Joyce Meyer | $27,021 | $27,021 | |
|----|-------------|---------|---------|---|
| 74 | Patricia Miller | $1,500 | $1,500 | |
| 75 | Alex Moisa | $300 | $300 | |
| 76 | Clifford Moore | $5,000 | $5,000 | |
| 77 | John Newton | $2,000 | $2,000 | |
| 78 | Dale Olson | $2,019 | $2,019 | |
| 79 | Jane Orr | $9,000 | $9,000 | |
| 80 | Devad Osmanagic | $3,000 | $3,000 | |
| 81 | Robert Pancoast | $250 | $250 | |
| 82 | Ronnie Paster | $300 | $300 | |
| 83 | Henry Perez | $2,600 | $2,600 | |
| 84 | Latanya Phillips | $100 | $100 | |
| 85 | Patricia Pisarsky | $980 | $980 | |
| 86 | Rosemary Portner | $6,460 | $6,460 | |
| 87 | Marion Pryce-White | $680 | $680 | |

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

| | | | | |
|---|---|---|---|---|
| 88 | Glendon Reamer | $1,795 | $1,795 | |
| 89 | Curlee Ross | $5,000 | $5,000 | |
| 90 | Brian Scholl | $6,491 | $6,491 | |
| 91 | Norman Sikora | $35 | $35 | |
| 92 | Diana Skelton | $2,880 | $2,880 | |
| 93 | Marion Smith | $400 | $400 | |
| 94 | Sharleen Smith | $500 | $500 | |
| 95 | Lola Spivey-Wright | $400 | $400 | |
| 96 | Wyomia Spragg | $900 | $900 | |
| 97 | Leland Stewart | $930 | $930 | |
| 98 | Mildred Stickney | $55 | $55 | |
| 99 | Betty Sweet | $65 | $65 | |
| 100 | Beverly Swenson | $1,100 | $1,100 | |
| 101 | Cheryl Tanfield | $1,310 | $1,310 | |
| 102 | Hilda Tapoof | $2,870 | $2,870 | |

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

| 103 | Debbie Taylor | $260 | $260 | |
| 104 | Helen Taylor | $750 | $750 | |
| 105 | Bobbie Thomas | $3,570 | $3,570 | |
| 106 | Irene Tortat | $1,912 | $1,912 | |
| 107 | Shirley Travis | $850 | $850 | |
| 108 | Robert Tomblin | $220 | $220 | |
| 109 | Dennis Turland | $2,900 | $2,900 | |
| 110 | Winifred Van Huizen | $3,600 | $3,600 | |
| 111 | Judy Walker | $1,009 | $1,009 | |
| 112 | Joan Ware | $150 | $150 | |
| 113 | Patricia Werst-Mathis | $564 | $564 | |
| 114 | Tommy Westbrook | $21,899 | $21,899 | |
| 115 | Andrene Wheatley | $58 | $58 | |
| 116 | Darlene Wichterman | $17,450 | $17,450 | |
| 117 | Charles H Wilhite | $300 | $300 | |

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

| 118 | Curtis Wilson | $2,500 | $2,500 | |
| 119 | Linda Young | $115 | $115 | |
| | TOTAL | $405,401.00 | $405,401.00 | |

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT NAME:        Rojay Lawson
CASE NUMBER:           9:20CR00517-001BHH

**RESTITUTION PAYEES**

| No | Name of Payee | Complete address of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|----|---------------|---------------------------|-----------------------|-------------------------------|------------------------------------------|
| 1 | Phyllis Amidei | 1336 N Peachtree Ln Mt Prospect, IL 60056 | $2,000 | $2,000 | |
| 2 | Christian Arnoult | 7976 Pocket Rd, Apt 140 Sacramento, CA 95831 | $2,650 | $2,650 | |
| 3 | Alice Bagley | P O Box 2218 Wrangell, AK 99929 | $8,000 | $8,000 | |
| 4 | Vera Baldwin | 323 Proctor St Statesboro, GA 30458 | $5,400 | $5,400 | |
| 5 | Ray Barnes | P O Box 42 Tarheel, NC 28392 | $1,567 | $1,567 | |
| 6 | Marc Basallo | UNKNOWN | $3,500 | $3,500 | |
| 7 | Kenneth Black (Deceased) | UNKNOWN | $200 | $200 | |
| 8 | David Blaise | P O Box 147 Au Sable Forks, NY 12912 | $200 | $200 | |
| 9 | George Bondy | 6501 W Charleston Blvd Apt 93 Las Vegas, NV 89146 | $470 | $470 | |
| 10 | Peggy Boothe | 4027 S Springhill Rd Gordon, AL 36343 | $5,500 | $5,500 | |

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

| 11 | Cynthia Boyd | 4723 Matilda Ave Bronx, NY 10470 | $1,200 | $1,200 | |
| 12 | Nathan Boyer | 1653 S. Navajo Way Chandler, AZ 85286 | $700 | $700 | |
| 13 | Joan Brookover | 3305 Skyview Dr Lot 22 Lakeland, FL 33801 | $400 | $400 | |
| 14 | Nancy Buck | 729 Megan Way Fallon, NV 89406 | $9,300 | $9,300 | |
| 15 | Betty Cashion | 4793 Loop 820 E 70 Fort Worth, TX 76119 | $11,500 | $11,500 | |
| 16 | Kaydee Caywood | 414 Harbor Lights Ln Port Hueneme, CA 93041 | $8,000 | $8,000 | |
| 17 | Ivan Cech | 7722 Coachwood Houston, TX 77071 | $8,400 | $8,400 | |
| 18 | Carol Chapman | 15922 Pfanstiel Rd De Mossville, KY 41033 | $65 | $65 | |
| 19 | Dorris Claud | 3202 Piney Rd Nunnelly, TN 37137 | $100 | $100 | |
| 20 | Anita D Clay | 3707 59th St Dr W Bradenton, FL 34209 | $3,965 | $3,965 | |
| 21 | Edward Cordarryl | 7401 E Speedway Blvd Apt 2102 Tuscon, AZ 85710 | $500 | $500 | |
| 22 | Thomas Corzine | 4239 Kopwood Dr, Apt B/D St Louis, MO 63111 | $400 | $400 | |

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

| 23 | Clarence Council | 77 Lair Brown Rd White Oak, NC 28399 | $475 | $475 | |
| 24 | James Cox | 225 High Hill Rd Lake View, SC 29563 | $1,130 | $1,130 | |
| 25 | Olene Cox | 225 High Hill Rd Lake View, SC 29563 | $700 | $700 | |
| 26 | Robert Doty | 14366 Oleander Ave Nelson, MO 65347 | $450.00 | $450.00 | |
| 27 | Patricia Dubiel | 1116 Slade St Apt 2E Fall River, MA 02721 | $450 | $450 | |
| 28 | Salanieta Durutamata | 4521 Perry Ave Sacramento, CA 95820 | $9,831 | $9,831 | |
| 29 | Robert Ealoms | 12995 Old Mumford Circle Mumford, TX 77807 | $8,080 | $8,080 | |
| 30 | Linda Emmerton | 412 Ross St SS 1 Lucknow, Ontario Canada NOG 2H0 | $375 | $375 | |
| 31 | Stephen & Arlene England | 65 Bradeen St Apt B Rosalind, MA 02131 | $80 | $80 | |
| 32 | Greg Fischer | 34314 County Rd Savage, MT 59262 | $3,900 | $3,900 | |
| 33 | Corinne Fish | 2830 Chadwich Drive St Louis, MO 63120 | $25,000 | $25,000 | |
| 34 | Patty Flieschman | P O Box 883 Bellville, TX 77418 | $5,630 | $5,630 | |
| 35 | Joseph Gavin | 6980 SE Constitution Blvd Apt 201 | $175 | $175 | |

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

| | | Hobe Sound, FL 33455 | | | |
|---|---|---|---|---|---|
| 36 | Gerald Germain | 10451 Pepe Ln Bonita Springs, FL 34135 | $1,400 | $1,400 | |
| 37 | Gerald Giroux | 27 Washington St Unit 242 Wellesley Hills, MA 02481 | $4,000 | $4,000 | |
| 38 | Winnie Glasgow | 900 Grade St Apt 74 Kelso, WA 98626 | $950 | $950 | |
| 39 | Ralph Greene | 2151 Baggett Rd Palmyra, TN 37142 | $1,080 | $1,080 | |
| 40 | Jesse Guillory | 3325 Jackson Ave Kansas City, MO 64128 | $3,500 | $3,500 | |
| 41 | Robert W Hartigan | 3622 Pinelands Rd Gladwin, MI 48624 | $3,615 | $3,615 | |
| 42 | Santana Hill | 543 Myers Road Summerville, SC 29483 | $776 | $776 | |
| 43 | Ronald Hodgdon | 21 La Paloma Campbell, CA 95008 | $6,000 | $6,000 | |
| 44 | Ivory Hodge | 19 January Ave Ferguson, MO 63135 | $50 | $50 | |
| 45 | Vera Hollands | 1554 44th Ave Unit CR24 San Francisco, CA 94122 | $1,400 | $1,400 | |
| 46 | Charles Hollis | 1229 Wysocki Ave Apollo, PA 15613 | $4,500 | $4,500 | |
| 47 | Sylvia D Holmes | 1063 C D Rayborn Rd Summitt, MS 39648 | $4,000 | $4,000 | |
| 48 | Mary Howard | UNKNOWN | $530 | $530 | |

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

| 49 | Paul Huffman | 35 Annabelle Lane Hampstead, NC 28443 | $300 | $300 | |
| 50 | Joyce Jackson | 14057 E 2400 North Rd Hudson, IL 61748 | $4,100 | $4,100 | |
| 51 | Cynthia James | 4228 Lake Orlando Parkway Orlando, FL 32808 | $200 | $200 | |
| 52 | Anthony Jeffcoat | 28 N Dewey St Philadelphia, PA 19139 | $2,995 | $2,995 | |
| 53 | Coretta Jefferson | 59 Anderson Ave Apt 316 Canton, GA 30114 | $2,690 | $2,690 | |
| 54 | Bobby Johnson | 1341 Adelaide Dr Dallas, TX 75216 | $7,100 | $7,100 | |
| 55 | Miranda Johnson | 145 Patterson St SE Bordurant, IA 49024 | $580 | $580 | |
| 56 | Robert Jolly | 3205 Holderness Dr Kissimmee, FL 34741 | $200 | $200 | |
| 57 | Delores Kaliszewski | 2302 Peach Grove Dr O'Fallon, MO 63368 | $300 | $300 | |
| 58 | Itsue Kanemura | 16737 Horace St Granda Hills, CA 91344 | $4,950 | $4,950 | |
| 59 | Charles Kaui | 2772 Mulberry Dr Kempner, TX 76539 | $200 | $200 | |
| 60 | Agnes Kessel | 1130 Saint Charles Ave New Orleans, LA 70130 | $975 | $975 | |
| 61 | Joseph Kiibler | 7814 Redwing Lane Lacey, WA 98503 | $50,000 | $50,000 | |

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

| 62 | Andrew King | 180 Cottage St Berwick Nova Scotia, Canada B0P1E0 | $104 | $104 | |
| 63 | Jacquelyn Kolbe | 3411 S Camino Seco Unit 518S Tuscon, AZ 85730 | $5,000 | $5,000 | |
| 64 | Johnny Lamar | UNKNOWN | $3,800 | $3,800 | |
| 65 | Carl Latty | 7540 Dilido Blvd Miramar, FL 33023 | $50 | $50 | |
| 66 | Lenzo LeGrair | 115-49 197 St St. Albans, NY 11412 | $5,568 | $5,568 | |
| 67 | Leatrice Levesque | 1389 Stafford Ave Apt 318 Bristol, CT 06010 | $1,749 | $1,749 | |
| 68 | Gerald Lutton | 2741 Woodbridge Dr Hurst, TX 76054 | $2,000 | $2,000 | |
| 69 | Ann Marino | 10 Pleasant St Apt 304 Lynn, MA 01902 | $1,250 | $1,250 | |
| 70 | Ernestine McDuffie | 336 W Bay St Warsaw, NC 28398 | $3,048 | $3,048 | |
| 71 | Francis McGilvray | 3610 Cynthia Dr Midland, TX 79705 | $100 | $100 | |
| 72 | Gertrude McGrady | 5764 Alicia Ave Olivehurst, CA 95961 | $2,000 | $2,000 | |
| 73 | Joyce Meyer | 4113 Ridgeline Dr Austin, TX 78731 | $27,021 | $27,021 | |
| 74 | Patricia Miller | 162 Troy Ave Apt 14K Brooklyn, NY 11213 | $1,500 | $1,500 | |
| 75 | Alex Moisa | 1355 S Perris Blvd Apt P102 | $300 | $300 | |

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

|     |                   |                                        |        |        |  |
|-----|-------------------|----------------------------------------|--------|--------|--|
|     |                   | Perris, CA 92570                       |        |        |  |
| 76  | Clifford Moore    | P O Box 565<br>Albertville, AL 35950   | $5,000 | $5,000 |  |
| 77  | John Newton       | 140 Liberty Ave<br>Brooklyn, NY 11212  | $2,000 | $2,000 |  |
| 78  | Dale Olson        | 2375 E Tropicana Apt 253<br>Las Vegas, NV 89119 | $2,019 | $2,019 |  |
| 79  | Jane Orr          | 461 W 20th St<br>Idaho Falls, ID 83402 | $9,000 | $9,000 |  |
| 80  | Devad Osmanagic   | 741 Elmhurst Rd Apt H<br>Des Plaines, IL 60016 | $3,000 | $3,000 |  |
| 81  | Robert Pancoast   | 20225 NE 34th Ct Apt 1914<br>Miami, FL 33180 | $250 | $250 |  |
| 82  | Ronnie Paster     | 67 White St<br>Fort Valley, GA 31030   | $300   | $300   |  |
| 83  | Henry Perez       | 6202 E Heaton Ave<br>Fresno, CA 93727  | $2,600 | $2,600 |  |
| 84  | Latanya Phillips  | 2659 Van Patten St<br>Apt 6<br>Las Vegas, NV 89130 | $100 | $100 |  |
| 85  | Patricia Pisarsky | 215 Crystal Rock Rd<br>Sandusky, OH 44870 | $980 | $980 |  |
| 86  | Rosemary Portner  | 11865 Village Heights Dr<br>Waynesboro, PA 17268 | $6,460 | $6,460 |  |
| 87  | Marion Pryce-White | 18 Log Heaven Dr<br>Sylva, NC 28779   | $680   | $680   |  |

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

| 88 | Glendon Reamer | 2417 Vernon St Bells, TX 75414 | $1,795 | $1,795 | |
| 89 | Curlee Ross | 6531 S Sepulveda Blvd #217 Los Angeles, CA 90045 | $5,000 | $5,000 | |
| 90 | Brian Scholl | 901 Brush St Apt 237 Las Vegas, NV 89107 | $6,491 | $6,491 | |
| 91 | Norman Sikora | 2169 Brannon Rd Horse Shoe, NC 28742 | $35 | $35 | |
| 92 | Diana Skelton | 6140 Orchard Station Rd Sebastopol, CA 95472 | $2,880 | $2,880 | |
| 93 | Marion Smith | 1712 W Main St Murfreesboro, NC 27855 | $400 | $400 | |
| 94 | Sharleen Smith | 196 A2 Hasse St Detroit, MI 48234 | $500 | $500 | |
| 95 | Lola Spivey-Wright | 109 W Merion Ave Pleasantville, NJ 08232 | $400 | $400 | |
| 96 | Wyomia Spragg | 1307 W Tichenor St Compton, CA 90220 | $900 | $900 | |
| 97 | Leland Stewart | 12806 Matteson Ave # 10 Los Angeles, CA 90066 | $930 | $930 | |
| 98 | Mildred Stickney | 15 Pinetree Ln B2 Columbus, NC 28722 | $55 | $55 | |
| 99 | Betty Sweet | 2848 Cherokee Circle Jacksonville, FL 32205 | $65 | $65 | |
| 100 | Beverly Swenson | 3300 S 8th Ave Lot #22 Yuma, AZ 85365 | $1,100 | $1,100 | |

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

| 101 | Cheryl Tanfield | 19780 Atascocita Shores Dr #426 Humble, TX 77346 | $1,310 | $1,310 | |
| 102 | Hilda Tapoof | 515 E 7299 S Fort Duchesne, UT 84026 | $2,870 | $2,870 | |
| 103 | Debbie Taylor | 1225 N Skipworth Ct Spokane Valley, WA 99206 | $260 | $260 | |
| 104 | Helen Taylor | 3525 E County Rd 20 North Vernon, IN 47265 | $750 | $750 | |
| 105 | Bobbie Thomas | 115 Essex Gardens Tappahannock, VA 22560 | $3,570 | $3,570 | |
| 106 | Irene Tortat | 541 N Park Circle Centerville, IA 52544 | $1,912 | $1,912 | |
| 107 | Shirley Travis | P O Box 281 Claremont, NC 28610 | $850 | $850 | |
| 108 | Robert Tomblin | 202 Hollins St Spindale, NC 28160 | $220 | $220 | |
| 109 | Dennis Turland | 2202 Jerome St Saginaw, MI 48602 | $2,900 | $2,900 | |
| 110 | Winifred Van Huizen | 6060 Broadmoor Dr La Mesa, CA 91942 | $3,600 | $3,600 | |
| 111 | Judy Walker | 1069 Standard Ave Corbin, KY 40701 | $1,009 | $1,009 | |
| 112 | Joan Ware | 111 Village Lane Jasper, TN 37347 | $150 | $150 | |
| 113 | Patricia Werst-Mathis | 701 S 48th Ave Apt A11 Yakima, WA 98908 | $564 | $564 | |

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

| 114 | Tommy Westbrook | 918 E 16th St National City, CA 91950 | $21,899 | $21,899 | |
| 115 | Andrene Wheatley | 480 Brookside Ln Hillsborough, NJ 08844 | $58 | $58 | |
| 116 | Darlene Wichterman | 5169 Heritage Dr King George, VA 22485 | $17,450 | $17,450 | |
| 117 | Charles H Wilhite | 725 Washington Cir Hartselle, AL 35640 | $300 | $300 | |
| 118 | Curtis Wilson | 3412 Patmos Rd Hope, AR 71801 | $2,500 | $2,500 | |
| 119 | Linda Young | 108 Faulkner St Pampa, TX 79065 | $115 | $115 | |
| | TOTAL | $405,401.00 | $405,401.00 | | |

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

AO 245B (SCDC Rev. 10/20) Judgment in a Criminal Case
Sheet 6-Schedule of Payments                                                                          Page 6 of 6

DEFENDANT: Rojay Lawson
CASE NUMBER: 9:20CR00517-BHH-1

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A   ☒   Lump sum payment of <u>$1300.00 special assessment and restitution in the amount of **405,401.00**</u> both due immediately.

       ☐ not later than _____, or

       ☒ in accordance with   ☐ C,   ☒ D, or   ☐ E, or ☐ F below: or

B   ☐   Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below); or

C   ☐   Payment in equal _____(weekly, monthly, quarterly) installments of $_____over a period of _____ (*e.g., months or years*), to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

D   ☒   Payment in equal monthly installments of <u>$ 250.00</u> to commence 30 days after release from imprisonment to a term of supervision.

E   ☐   Payment during the term of supervised release will commence within (*e.g., 30 or 60 days*) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F   ☐   Special instructions regarding the payment of criminal monetary penalties:


Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☒   Joint and Several
Co-Defendant Theresa Lawson, 9:20-cr-517-BHH-2.


☐   The defendant shall pay the cost of prosecution.
☐   The defendant shall pay the following court cost(s):
☒   The defendant shall forfeit the defendant's interest in the following property to the United States:

As directed in the Preliminary Order of Forfeiture, filed <u>September 12, 2022</u> and the said order is incorporated herein as part of this judgment.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.